

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00368-CV

**IN THE INTEREST OF M.N.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02675
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED as to the termination of M.M.P.N.'s and B.W.N.'s parental rights and this matter is REMANDED to the trial court for further proceedings consistent with this opinion. The trial court's order appointing the Texas Department of Family and Protective Services' appointment as managing conservator of M.N. is AFFIRMED.

No costs of court are taxed against either M.M.P.N. or B.W.M.

SIGNED November 25, 2015.

_____
Patricia O. Alvarez, Justice